**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Rome Division**

In       Debtor(s)
Re:      **James Luther Byers**                         Case No.: **21−41441−bem**
                                                         Chapter: **7**

         **Lisa Dianne Byers**

# ORDER GRANTING APPLICATION TO PAY FILING FEE IN INSTALLMENTS FOR INDIVIDUALS OR JOINT DEBTORS

Debtor or Debtors (hereinafter "Debtor") has filed an application to pay the filing fee for the voluntary petition in installments, and has remitted the initial payment. Accordingly, it is ORDERED that:

1. Debtor's application is granted, and Debtor shall pay an amount not less than one−half of the unpaid balance of the filing fee as the second installment within 30 days of the petition date; and Debtor shall pay the remaining unpaid balance of the filing fee as the final installment within 60 days of the petition date:

   Second installment of **$129.00** on or before **December 27, 2021**.
   Final installment of **$129.00** on or before **January 24, 2022**.

**For payments by mail, remit using cashier's check, money order or attorney's check made payable to "Clerk, United States Bankruptcy Court" to the address listed below:**

United States Bankruptcy Court
1340 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

**For payments made by hand delivery to a divisional office in Gainesville, Newnan or Rome, note that cash is not accepted. You must remit using cashier's check, money order or attorney's check. The Atlanta divisional office will accept these forms of payment as well as cash.**

**Payments may also be made online at:** https://www.ganb.uscourts.gov/online−payments

2. If, by the date(s) set forth above, i) the filing fee is not paid in accordance with this Order; ii) no request for an extension of time is pending; or iii) neither the debtor nor any party in interest has requested a hearing thereon, the Court may dismiss this case without further notice or hearing.

3. In accordance with Bankruptcy Rule 1006(b)(3), until the filing fee is paid in full, Debtor shall not pay, and no person shall accept, any money for services in connection with Debtor's case, and Debtor shall not relinquish, and no person shall accept, any property as payment for services in connection with this case.

The Clerk will serve this Order upon Debtor, Debtor's counsel, and Trustee.

**IT IS SO ORDERED,** on November 29, 2021 .

Barbara Ellis−Monro
United States Bankruptcy Judge

Form 304
Standard Order Granting Application to Pay Filing Fee in Installments
Revised November 2020

United States Bankruptcy Court

Northern District of Georgia

In re: | Case No. 21-41441-bem
James Luther Byers | Chapter 7
Lisa Dianne Byers
    Debtors

# CERTIFICATE OF NOTICE

District/off: 113E-6      User: bncadmin      Page 1 of 1
Date Rcvd: Nov 29, 2021      Form ID: 304      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jtdb | James Luther Byers, Lisa Dianne Byers, 209 Sabrina Way, Dalton, GA 30721-1266 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dan Saeger | on behalf of Joint Debtor Lisa Dianne Byers dan@whitfieldcountylaw.com G64511@notify.cincompass.com |
| Dan Saeger | on behalf of Debtor James Luther Byers dan@whitfieldcountylaw.com G64511@notify.cincompass.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| Tracey L. Montz | traceymontz@yahoo.com tlm@trustesolutions.net |

TOTAL: 4